**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| CLAIRE CLOSMANN | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) <br> ) Case No. 1:16-CV-00133-SS |
| DEARBORN NATIONAL LIFE INSURANCE COMPANY | ) <br> ) <br> ) |
| Defendant | ) <br> ) |

## JOINT AGREED MOTION TO DISMISS

Defendant Dearborn National Life Insurance Company ("Dearborn National" or "Defendant"), respectfully files the following Joint Agreed Motion to Dismiss.

1. The parties have resolved this dispute, and have agreed this case should be dismissed, with prejudice.

2. Counsel for Dearborn National has conferred with Plaintiff's counsel, who joins in and agrees to this motion, and the proposed order submitted herewith.

Respectfully submitted,

By: /s/ Andrew F. MacRae
ANDREW F. MACRAE
*State Bar No. 00784510*
LEVATINO|PACE PLLC
1101 S. Capital of Texas Highway
Building K, Suite 125
Austin, Texas 78746
Tel: (512) 637-1581
Fax: (512) 637-1583

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Joint Agreed Motion to Dismiss has been filed through the CM/ECF system on this 29th day of March, 2017. I understand the Court's CM/ECF system will forward a Notice of Electronic Filing to the following counsel of record:

Greg Reed
Bemis, Roach & Reed
4100 Duval Rd.
Building 1, Suite 200
Austin, Texas 78759

/s/ Andrew F. MacRae
ANDREW F. MacRAE