**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED

2017 MAR 31  PM 4: 36

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| CLAIRE CLOSMANN | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:16-CV-00133-SS |
| DEARBORN NATIONAL LIFE INSURANCE COMPANY | ) |
| | ) |
| Defendant | ) |

## ORDER

Before the Court is the Joint Agreed Motion to Dismiss filed by Defendant Dearborn National Life Insurance Company. The Court, having considered the Motion, and having been informed that Plaintiff joins in and agrees to the Motion, finds that the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that this case is dismissed, with prejudice. All attorney's fees and costs of court are taxed against the party incurring same, unless otherwise agreed by the parties.

Signed this _31st_ day of March, 2017.

_Sam Sparks_
Honorable Sam Sparks
United States District Judge

AGREED:

_____
Greg Reed
Attorney for Plaintiff

_____
Andrew F. MacRae
Attorney for Defendant